UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MATTHEW R. WASSAM, | ) | CASE NO. 5: 21 CV 1695 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | ORDER ADOPTING |
| | ) | MAGISTRATE'S REPORT AND |
| | ) | RECOMMENDATION |
| COMMISIONER OF | ) | |
| SOCIAL SECRUITY, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Magistrate Judge Thomas M. Parker's Report and Recommendation on Plaintiff's request for leave to proceed *in forma pauperis* (IFP). (ECF #5). This case was referred to Magistrate Judge Parker to conduct an evidentiary hearing where Plaintiff seeks judicial review on the Commissioner of Social Security's decision to deny Plaintiff supplemental security income under Title XVI of the Social Security Act. Plaintiff now requests leave to proceed IFP. (ECF #2). Pursuant to this referral, Magistrate Parker issued a report and recommendation recommending that the Court deny Plaintiff's application for leave to proceed IFP. Upon careful review of the Report and Recommendation, the Court finds that the Magistrate's Order is well-supported and in accord with the applicable law.

In this case, neither party filed any objections to the Report and Recommendation, nonetheless, the Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999). The findings and conclusions contained in Magistrate Parker's Report and Recommendation are thorough and well-supported, and are, hereby, ADOPTED for purposes of determining the appropriateness of a

IFP application. Plaintiff has failed to establish that a leave to proceed IFP is warranted and the application for leave to proceed IFP (ECF #2), is DENIED.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: October 1, 2021